**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLO.

DEC 2 9 2005

GREGORY C. LANGHAM
CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. **05 - CV - 02651** -OES

**(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)**

BURTON SANDLES,

     Plaintiff,

v.

THE PEOPLE OF THE STATE OF COLORADO et al.,
MARK ELLIS,
DETECTIVE ROBERT STEPH,
ARAPAHOE COUNTY,
THE CITY OF AURORA,
FORMER DISTRICT ATTORNEY JAMES J. PETERS,
DEPUTY DISTRICT ATTORNEY TOM JACKSON,
THE ARAPAHOE COUNTY SHERIFF'S OFFICE,
THE ARAPAHOE COUNTY DETENTION CENTER AKA THE SULLIVAN DETENTION
    CENTER,
PROBATION & PAROLE DEPARTMENTS 18TH JUDICIAL DISTRICT OF ARAPAHOE
    COUNTY,
MARK NOEL, Extradition Officer (State of Colorado),
BILL OWENS, Governor as agent for the Sate of Colorado and personally and
    individually,

     Defendants.

_____

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
## DIRECTING PLAINTIFF TO CURE DEFICIENCY

_____

    Plaintiff has submitted a Motion and Affidavit for Leave to Proceed Pursuant to

28 U.S.C. § 1915, a Motion to Appoint Counsel, and a Complaint.   The court has

determined that the documents are deficient as described in this order.

Notwithstanding the deficiencies, the clerk of the court will be directed to commence a

Dockets.Justia.com

civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1)   __   is not submitted
(2)   __   is not on proper form (must use the court's current form)
(3)   __   is missing original signature by Plaintiff
(4)   __   is missing affidavit
(5)   __   affidavit is incomplete
(6)   __   affidavit is not notarized or is not properly notarized
(7)   __   names in caption do not match names in caption of complaint, petition or application
(8)   __   An original and a copy have not been received by the court. Only an original has been received.
(9)   __   other _____

**Complaint or Petition**:
(10)   __   is not submitted
(11)   X   is not on proper form (must use the court's current form)
(12)   __   is missing an original signature by the Plaintiff
(13)   __   is incomplete
(14)   __   uses et al. instead of listing all parties in caption
(15)   __   An original and a copy have not been received by the court. Only an original has been received.
(16)   __   Sufficient copies to serve each defendant/respondent have not been received by the court.
(17)   __   names in caption do not match names in text
(18)   __   other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, copies of the following forms: Complaint. It is

2

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this _29th_ day of _December_____, 2005.

BY THE COURT:


_____
BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.     05 - CV - 02651 -OES

Burton Sandles
846 East 18th Ave.
Denver, CO 80218

I hereby certify that I have mailed a copy of the **ORDER and two copies of Complaint form** to the above-named individuals on _12/29/05_

GREGORY C. LANGHAM, CLERK

By:_____
          Deputy Clerk