IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **05 - CV - 02651 - OES**

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLO.

DEC 29 2005

GREGORY C. LANGHAM
CLERK

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

BURTON SANDLES,

   Plaintiff,

v.

THE PEOPLE OF THE STATE OF COLORADO et al.,
MARK ELLIS,
DETECTIVE ROBERT STEPH,
ARAPAHOE COUNTY,
THE CITY OF AURORA,
FORMER DISTRICT ATTORNEY JAMES J. PETERS,
DEPUTY DISTRICT ATTORNEY TOM JACKSON,
THE ARAPAHOE COUNTY SHERIFF'S OFFICE,
THE ARAPAHOE COUNTY DETENTION CENTER AKA THE SULLIVAN DETENTION
      CENTER,
PROBATION & PAROLE DEPARTMENTS 18TH JUDICIAL DISTRICT OF ARAPAHOE
      COUNTY,
MARK NOEL, Extradition Officer (State of Colorado),
BILL OWENS, Governor as agent for the Sate of Colorado and personally and
      individually,

   Defendants.

---

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, a Motion to Appoint Counsel, and a Complaint. The court has determined that the documents are deficient as described in this order.

Notwithstanding the deficiencies, the clerk of the court will be directed to commence a

civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
- (1) ___ is not submitted
- (2) ___ is not on proper form (must use the court's current form)
- (3) ___ is missing original signature by Plaintiff
- (4) ___ is missing affidavit
- (5) ___ affidavit is incomplete
- (6) ___ affidavit is not notarized or is not properly notarized
- (7) ___ names in caption do not match names in caption of complaint, petition or application
- (8) ___ An original and a copy have not been received by the court. Only an original has been received.
- (9) ___ other _____

**Complaint or Petition:**
- (10) ___ is not submitted
- (11) _X_ is not on proper form (must use the court's current form)
- (12) ___ is missing an original signature by the Plaintiff
- (13) ___ is incomplete
- (14) ___ uses et al. instead of listing all parties in caption
- (15) ___ An original and a copy have not been received by the court. Only an original has been received.
- (16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
- (17) ___ names in caption do not match names in text
- (18) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, copies of the following forms: Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 29th day of December, 2005.

BY THE COURT:

*/s/ Boyd N. Boland*
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  05 - CV - 02651 -OES

Burton Sandles
846 East 18th Ave.
Denver, CO 80218

    I hereby certify that I have mailed a copy of the **ORDER and two copies of Complaint form** to the above-named individuals on 12/29/05

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk